AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODREKUS WATSON.

Plaintiff,

v.

EVANS MEMORIAL HOSPITAL, and
JOHN/JANE DOES,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 624-031

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 27, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, and Plaintiff's complaint is dismissed.

Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

6/27/2025
Date

John E. Triplett, Acting Clerk
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/1/03